# State of Louisiana
## Secretary of State

10/29/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

SOUTHERN FIDELITY INSURANCE COMPANY
KRISTIE MOCK
2750 CHANCELLORSVILE DR.
TALLAHASSEE, FL  32312

Suit No.: 202108383
CIVIL DISTRICT COURT
ORLEANS PARISH

SNB CAPITAL, LLC
vs
SOUTHERN FIDELITY INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 10/28/2021
Title: DEPUTY SHERIFF

No: 1215637

DB

ATTORNEY'S NAME: Schapansky, Amy E 37858
AND ADDRESS: 1522 N. Rocheblave St., New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2021-08383 | DIVISION: B | SECTION: 05 |
|---|---|---|

### SNB CAPITAL, LLC

### Versus

### SOUTHERN FIDELITY INSURANCE CO.

SERVED ON
B. KYLE ARDOIN

### CITATION

OCT 28 2021

TO: SOUTHERN FIDELITY INSURANCE CO.
THROUGH: ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
SECRETARY OF STATE
COMMERCIAL DIVISION
8585 ARCHIVES AVE, BATON ROUGE, LA 70809

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 20, 2021

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Kasie Jiles, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **SOUTHERN FIDELITY INSURANCE CO.** THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER      RETURN ____/_____/_____ SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **PETITION FOR DAMAGES** ON **SOUTHERN FIDELITY INSURANCE CO.** THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SOUTHERN FIDELITY INSURANCE CO.** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10794539

Page 1 of 1



**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. _____    SEC. _____    DIV. _____

**SNB CAPITAL, LLC**

**VERSUS**

**SOUTHERN FIDELITY INSURANCE CO.**

FILED: _____   _____
                                                                    **DEPUTY CLERK**

**PETITION FOR DAMAGES**

The Petition of SNB Capital, LLC, a limited liability company organized in the Parish of Orleans, State of Louisiana, who respectfully petitions this Honorable Court and who avers as follows:

1.

Made defendant herein is Southern Fidelity Insurance Co. (hereinafter "SFIC"), a foreign insurance company licensed to and doing business in the State of Louisiana who, at all times relevant hereto, maintained a homeowner's insurance policy in favor of SNB Capital, LLC, Petitioner herein.

2.

This Honorable Court maintains subject matter jurisdiction over this proceeding pursuant to Article V, §16 of the Louisiana Constitution of 1974 as a court of original jurisdiction.

3.

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 74, as the damages sued upon occurred in the Parish of Orleans, State of Louisiana.

4.

On October 28, 2020, Hurricane Zeta (hereinafter "Zeta") devastated the New Orleans Metropolitan Area, flooding homes and destroying properties with its rain and wind.

5.

Petitioner, SNB Capital, LLC is the owner of the immovable property located at municipal address 4320 Alba Road West, New Orleans, State of Louisiana (the "Property").

6.

The Property was severely damaged by Hurricane Zeta.

7.

Petitioner itemizes the damages to which it has suffered as follows, to-wit:

    a) Past lost income;

    b) Future lost income;

    c) Loss of use of properties;

    d) Compensation to repair damaged properties;

    e) House and/or apartment rental expenses;

    f) Travel expenses;

    g) Miscellaneous expenses;

    h) Utility expenses;

    i) House repair expenses;

    j) Personal property damages; and

    k) Real property damages.

8.

The aforementioned losses were caused through no fault of Petitioner.

9.

Petitioner purchased a policy of homeowner's insurance through SFIC which was in effect on October 28, 2020.

10.

Petitioner filed an insurance claim with SFIC for damage to the Property caused by Hurricane Zeta.

11.

An adjuster was sent by SFIC to inspect the Property and to provide property damage estimates.

12.

The property damage estimate provided by the adjuster was far below the actual cost of repair to the Property for the damage caused by Hurricane Zeta.

13.

SFIC intentionally, wrongfully, and in bad faith failed to satisfy its obligations to Petitioner by failing to adequately compensate Petitioner for the damage to the Property caused by Hurricane Zeta, all in violation of the homeowner's insurance policy and of Louisiana law.

14.

SFIC is liable unto Petitioner, but not in limitation thereof, in the following respects, to wit:

a) Failing to, in good faith, adjust Petitioner's claim fairly and promptly pursuant to LSA-R.S. 22:1973(A);

b) Failing to make a reasonable effort to settle Petitioner's claim pursuant to LSA-R.S. 22:1973(A);

c) Arbitrarily, capriciously, and without probable cause, failing to pay Petitioner's claim within sixty days pursuant to LSA-R.S. 22:1973(B)(5); and

d) Arbitrarily, capriciously, and without probable cause, failing to pay Petitioner's claim pursuant to LSA-R.S. 22:1893 and 22:1973(B)(6).

**WHEREFORE**, Petitioner prays that the defendant be cited and served with a copy of this petition, and be required to answer same, all in accordance with the law; and that after due delays and proceedings had, there be judgment in favor of Petitioner, SNB Capital, LLC, and against the defendant, Southern Fidelity Insurance Co. for all damages, including general, special, and punitive damages and penalties as outlined in LSA-R.S. 22:1973(C) and as otherwise permitted by law, in an amount to adequately compensate Petitioner as set forth in this Petition, together with legal interest from the date of judicial demand, attorney's fees, all costs of these proceedings, and all general and equitable relief.

*[SIGNATURE BLOCK NEXT PAGE]*



Respectfully submitted,

**CAO LAW FIRM**

Anh "Joseph" Cao (LSBA No. 26836)
Amy E. Schapansky (LSBA No. 37858)
1440 Lapalco Blvd
Harvey, LA 70058
T:   (504) 367-5001
F:   (504) 684-1231
E:   acao@mygrad.loyno.edu
     aschapansky@caolawfirm.com
*Attorneys for Petitioner, SNB Capital, LLC*

**PLEASE SERVE:**

SOUTHERN FIDELITY INSURANCE CO.
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Ave
Baton Rouge LA 70809

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA



# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. _____   SEC. _____   DIV. _____

### SNB CAPITAL, LLC

### VERSUS

### SOUTHERN FIDELITY INSURANCE CO.

FILED: _____   _____
                                                DEPUTY CLERK

### REQUEST FOR NOTICE

TO:   Hon. Chelsey Richard Napoleon, Clerk of Court
      Civil District Court, Parish of Orleans
      421 Loyola Avenue, Room 402
      New Orleans, Louisiana 70112

Pursuant to Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to give the undersigned counsel written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Further, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to give immediate written notice of all orders or judgments, whether interlocutory or final, made or rendered in the proceedings upon the rendition thereof, including notice or judgment in the event this case be taken under advisement, or if the judgment is not signed at the conclusion of trial on the merits.

Respectfully submitted,

**CAO LAW FIRM**

_____
Anh "Joseph" Cao (LSBA No. 26836)
Amy E. Schapansky (LSBA No. 37858)
1440 Lapalco Blvd
Harvey, LA 70058
T:   (504) 367-5001
F:   (504) 684-1231
E:   acao@mygrad.loyno.edu
     aschapansky@caolawfirm.com
***Attorneys for Petitioner, SNB Capital, LLC***

12-1232