### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SNB CAPITAL, LLC** | * | **CIVIL ACTION NO: 2:21-cv-02183** |
| **Plaintiff,** | * | |
| | * | **JUDGE: JANE TRICHE MILAZZO** |
| **vs.** | * | |
| | * | **MAGISTRATE: MICHAEL NORTH** |
| **SOUTHERN FIDELITY** | * | |
| **INSURANCE COMPANY** | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing Motion to Enforce Stay and Notice of Liquidation and Statutory Stay (Doc. 19);

IT IS ORDERED that the *Consent Order Appointing the Florida Department of Financial Services as Receiver of Southern Fidelity Insurance Company for Purposes of Liquidation, Injunction, and Notice of Automatic Stay* requires a stay of all claims against Southern Fidelity Insurance Company.

IT IS FURTHER ORDERED that this matter be stayed for a period of six (6) months, or until December 15, 2022, pursuant to Louisiana Revised Statute 22:2068(A).

IT IS FURTHER ORDERED that each party will bear its own costs.

New Orleans, Louisiana, this 22nd day of June, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**